HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GREGORY DIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY DIGGINS,<br><br>    Defendant. | Case No. 1:18-mj-00001-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Gregory Diggins, that the Court continue the July 18 status conference to August 15, 2018, at 10 a.m.

The parties are close to reaching a resolution, however given the number of agencies and individuals involved in this case, the parties request additional time to finalize their agreement. Accordingly, the parties request that the Court continue the status conference set for July 18 to August 15, 2018, at 10 a.m.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

Date: July 16, 2018                          */s/ Susan St. Vincent*
                                                Susan St. Vincent
                                                Yosemite Legal Officer
                                                Attorney for Plaintiff

|  | HEATHER E. WILLIAMS |
|---|---|
|  | Federal Defender |

Date: July 16, 2018        */s/ Hope Alley*
                           HOPE ALLEY
                           Assistant Federal Defender
                           Attorney for Defendant
                           GREGORY DIGGINS

# **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the July 18, 2018 status conference set in Case No. 1:18-mj-00001 is hereby continued to August 15, 2018, at 10 a.m.

IT IS SO ORDERED.

Dated:   July 17, 2018                         _____
                                               UNITED STATES MAGISTRATE JUDGE