| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | GREGORY DIGGINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00001-JDP |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA & SENTENCING HEARING AND AUTHORIZE APPEARANCE BY VIDEO TELECONFERENCE |
| vs. | |
| GREGORY DIGGINS, | DATE: October 30, 2018 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea and sentencing hearing currently scheduled for October 3, 2018, may be continued to October 30, 2018 at 10:00 a.m.

The parties have reached an agreement and Mr. Diggins is prepared to enter a change of plea at the next hearing date. However, Mr. Diggins recently obtained employment in Los Angeles, CA and must fulfill a probationary period at his place of employment before time off will be approved. In order to ensure he does not place his new employment in jeopardy, Mr. Diggins is requesting permission from the Court to appear by Video Teleconference from the Central District of California on October 30, 2018 at 10:00 a.m.

The requested continuance will allow the parties sufficient time to execute a written plea

| | |
|---|---|
| 1 | agreement and file an amended complaint in this matter, in order to facilitate the terms of Mr. |
| 2 | Diggins' change of plea, and arrange for a video teleconference with the Central District of CA. |
| 3 | It is therefore the request of the parties to continue the hearing in this matter to October |
| 4 | 30, 2018, and to authorize Mr. Diggins' appearance by video teleconference from the Central |
| 5 | District of CA. |

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: September 26, 2018   By:   */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

DATED: September 26, 2018   By:   */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
GREGORY DIGGINS

IT IS SO ORDERED.

Dated:   September 27, 2018   _____
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE SENTENCING in Case No. 1:18-mj-00001-JDP is hereby accepted and adopted as the Order of this Court. The hearing currently set for October 3, 2018 is hereby continued to **October 30, 2018 at 10:00 a.m.** Defendant's request to appear by video teleconference (VTC) from the Central District of CA is GRANTED. The Federal Defenders Office shall coordinate with the necessary courtroom staff in order to arrange defendant's VTC appearance on the above date and time.