1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY SBN #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   GREGORY DIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00001 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |
| vs. | |
| GREGORY DIGGINS, | Date: March 24, 2020 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Gregory Diggins, hereby stipulate and jointly move this Court to vacate the review hearing scheduled for March 10, 2020, and terminate Mr. Diggins' term of probation.

On October 30, 2018, Mr. Diggins pled guilty to disorderly conduct in violation of 36 CFR § 2.34(a)(1). Accordingly, Mr. Diggins was sentenced to 18 months of unsupervised probation, a $1,030.00 fine and directed to complete a 52 week domestic violence program. As of the instant filing, Mr. Diggins has complied with all terms of his probation. The parties now jointly move the court to vacate the review hearing scheduled for March 24, 2020, and terminate Mr. Diggins' term of probation.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated:  March 4, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|   |   |
| Dated: March 4, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>GREGORY DIGGINS |

ORDER

The court hereby vacates the March 24, 2020 review hearing and terminates Mr. Diggins' term of probation in Case No. 1:18-mj-00001.

IT IS SO ORDERED.

Dated:   March 4, 2020                                   _____
                                                        UNITED STATES MAGISTRATE JUDGE